UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.                                      Case No. 2:16-cr-2
                                      HON. R. ALLAN EDGAR

JOSEPH JOHN HOLM,

           Defendant.
_____/

## ORDER OF DETENTION

    Defendant enter a guilty plea to the one count indictment on June 14, 2016.

    Pursuant to a bond violation report and for reasons stated on the record,

Defendant will remain in custody pending further proceedings.

    IT IS SO ORDERED.

                                                   /s/ Timothy P. Greeley
                                             TIMOTHY P. GREELEY
                                             UNITED STATES MAGISTRATE JUDGE

Dated: 6/15/2016